

**LINDSEY BLACKWELL**
lblackwell@grsm.com

**SUZY EZZAT**
sezzat@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

# MEMO ENDORSED

June 24, 2026

**VIA ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

### Re: *Wilder v. Skywire, LLC*; Case No. 1:25-cv-9717

Dear Judge Ramos:

We represent defendant Skywire, LLC d/b/a Gigstreem ("Defendant") in the above-referenced action. We write jointly with Plaintiff, pursuant to Your Honor's Individual Rules and pre-motion conference instruction, to request a stay of the deadline to file Defendant's Motion to Dismiss Plaintiff's Amended Complaint set forth in the Court's May 29, 2026 Order, so that the parties may engage in mediation. Since the pre-motion conference, the parties have discussed and are willing to participate in mediation in an effort to resolve the matter and conserve resources.

To that end, we respectfully request that the Court adjourn the matter *sine die.* Should the Court grant this request, we respectfully ask to submit a joint status letter within 30 days notifying the Court of the scheduled mediation date.

We thank the Court for its consideration of this request.

The request is granted.  Defendant's deadline to file a motion to dismiss is adjourned.  The parties are directed to file a joint status update with the Court by July 27, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 26, 2026
New York, New York

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP
*Lindsey Blackwell*
Lindsey Blackwell
Suzy Ezzat